JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA CROCKER,<br><br>    Plaintiff<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant<br>_____ | Case No.  2:23-CV-02132-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 60 Days to February 26, 2024, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's work backlog as well as holiday vacation plans.

**Crocker v. Kijakazi**              Stipulation and Proposed Order      E.D. Cal. 2:23-cv-02132-DMC

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 22, 2023							JACQUELINE A. FORSLUND
									Attorney at Law


									*/s/Jacqueline A. Forslund*
									JACQUELINE A. FORSLUND

									Attorney for Plaintiff


Date:  December 22, 2023						PHILLIP A. TALBERT
									United States Attorney
									MATHEW W. PILE
									Associate General Counsel
									Office of Program Litigation, Office 7

									*/s/ Michael K. Marriott*
									MICHAEL K. MARRIOTT
									Special Assistant United States Attorney
									*By email authorization

									Attorney for Defendant


								ORDER

APPROVED AND SO ORDERED


Dated:  January 2, 2024

									_____
									DENNIS M. COTA
									UNITED STATES MAGISTRATE JUDGE

**Crocker v. Kijakazi**		Stipulation and Proposed Order		E.D. Cal. 2:23-cv-02132-DMC