JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:             jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RHONDA CROCKER, | ) | Case No.  2:23-CV-02132-DMC |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to March 27, 2024, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested as Plaintiff's counsel is currently working through a backlog in her workload.

**Crocker v. Kijakazi**   Stipulation and Proposed Order  E.D. Cal. 2:23-cv-02132-DMC

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 26, 2024              JACQUELINE A. FORSLUND
                                     Attorney at Law


                                     */s/Jacqueline A. Forslund*
                                     JACQUELINE A. FORSLUND

                                     Attorney for Plaintiff


Date:  February 27, 2024             PHILLIP A. TALBERT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Associate General Counsel
                                     Office of Program Litigation, Office 7

                                     */s/ Michael K. Marriott*
                                     MICHAEL K. MARRIOTT
                                     Special Assistant United States Attorney
                                     *By email authorization

                                     Attorney for Defendant


                                         ORDER

APPROVED AND SO ORDERED

Dated:  February 27, 2024

                                     _____
                                     DENNIS M. COTA
                                     UNITED STATES MAGISTRATE JUDGE