JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:             jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA CROCKER,                              ) | Case No.  2:23-CV-02132-DMC |
|                                                                 ) | |
|     Plaintiff                                 ) | **STIPULATION AND** |
|                                                                 ) | **ORDER FOR EXTENSION OF TIME** |
| v.                                                           ) | **TO FILE PLAINTIFF'S MOTION FOR** |
|                                                                 ) | **SUMMARY JUDGMENT** |
| MARTIN O'MALLEY,                            ) | |
| Commissioner of Social Security,       ) | |
|                                                                 ) | |
|     Defendant                              ) | |
|                                                                 ) | |
| _____) | |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to May 11, 2024, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This third request for an extension is necessitated by Plaintiff's counsel's illness.

**Crocker v. Kijakazi**　　　　　Stipulation and Proposed Order　　　E.D. Cal. 2:23-cv-02132-DMC

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 26, 2024          JACQUELINE A. FORSLUND
                              Attorney at Law


                              /s/Jacqueline A. Forslund
                              JACQUELINE A. FORSLUND

                              Attorney for Plaintiff


Date:  March 26, 2024         PHILLIP A. TALBERT
                              United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation, Office 7

                              /s/ Michael K. Marriott
                              MICHAEL K. MARRIOTT
                              Special Assistant United States Attorney
                              *By email authorization

                              Attorney for Defendant

                              ORDER

APPROVED AND SO ORDERED

Dated:  March 27, 2024

                              _____
                              DENNIS M. COTA
                              UNITED STATES MAGISTRATE JUDGE

**Crocker v. Kijakazi**          Stipulation and Proposed Order          E.D. Cal. 2:23-cv-02132-DMC